MEMO ENDORSED

## ⅢⅢ RIVKIN RADLER ᴸᴸᴾ
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/27/2026__

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**LAWRENCE S. HAN**
PARTNER
(516) 357-3148
lawrence.han@rivkin.com

May 27, 2026

**VIA ECF**

United States District Court
Southern District of New York
40 Foley Square
New York, New York 1007
Attn: Honorable Andrew L. Carter, Jr.

  Re:    *Francis v. Lucky of 195 Madison Street Roofing & Contracting Inc. et al.*
         Case No.: 26-cv-01837-ALC

Dear Hon. Andrew L. Carter, Jr.:

This firm represents Lucky of 195 Madison Street Roofing & Contracting Inc. and Lucky113Madison LLC (collectively, the "Defendants") in the above-referenced action. Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Section I(D) of Your Honor's Individual Practices, Defendants respectfully request an extension of their time to answer, move, or otherwise respond to the Complaint, dated March 5, 2026, filed by Plaintiff Ashley Francis (the "Complaint"), through June 18, 2026.

Good cause exists for the requested extension. Undersigned counsel requires additional time to confer with Defendants and to investigate the allegations set forth in the Complaint so that Defendants may determine the appropriate response. Plaintiff's counsel, Glen H. Parker, Esq., consents to this request, and this is Defendants' first request for an extension of time to respond to the Complaint.

The Parties further consent to electronic service of all documents pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

Accordingly, Defendants respectfully request that the Court so-order this letter and extend Defendants' time to answer, move, or otherwise respond to the Complaint through June 18, 2026. Defendants remain available at the Court's convenience should Your Honor wish to address this request.

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777



May 27, 2026
Page 2

We thank the Court for its consideration of this application.

Respectfully submitted,

RIVKIN RADLER LLP

/s Lawrence S. Han
Lawrence S. Han

cc: Glen H. Parker, Esq. (via ECF)

4930-5693-4567, v. 1

Defendant's request is GRANTED.  Defendant is ORDERED to answer or otherwise respond to the Complaint by June 18, 2026.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

May 27, 2026