

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _5/29/2026_

**RIVKIN RADLER** LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**LAWRENCE S. HAN**
PARTNER
(516) 357-3148
lawrence.han@rivkin.com

June 18, 2026

**VIA ECF**

United States District Court
Southern District of New York
40 Foley Square
New York, New York 1007

Attn: Honorable Andrew L. Carter, Jr.

Re:   *Francis v. Lucky of 195 Madison Street Roofing & Contracting Inc. et al.*
Case No.: 26-cv-01837-ALC

Dear Hon. Andrew L. Carter, Jr.:

This firm represents Lucky of 195 Madison Street Roofing & Contracting Inc. ("Lucky of 195") in the above-referenced action. We write to clarify and correct our appearance in this matter, which was filed on May 27, 2026, and to request an extension of time for Lucky of 195 and Defendant Lucky113Madison LLC ("Lucky113," and together with Lucky of 195, "Defendants") to answer, move, or otherwise respond to the Complaint filed by Plaintiff Ashley Francis ("Plaintiff") on March 5, 2026. Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Section I(D) of Your Honor's Individual Practices, Defendants respectfully request that the deadline to respond to the Complaint be extended from June 18, 2026 to July 18, 2026. This is Defendants' second request for an extension.

Good cause exists for the requested extension. We recently learned that our representation is limited to Lucky of 195 and does not extend to Lucky113. The similarity in the names of the entities caused confusion regarding the scope of our representation. In addition, while we have had preliminary settlement discussions with Plaintiff's counsel, Glen H. Parker, Esq., meaningful discussions will require Lucky113's involvement and clarification of its representation. The requested extension will allow time to address that issue and permit the parties to hold meaningful settlement discussions.

After confirming that our representation is limited to Lucky of 195, we contacted Mr. Parker to address the representation issue and advise him of our request for an additional extension. Mr. Parker, on behalf of Plaintiff, has consented to the requested extension.

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777



**RIVKIN RADLER** LLP
ATTORNEYS AT LAW

June 18, 2026
Page 2

Accordingly, we respectfully request that the Court extend Defendants' deadline to respond to the Complaint from June 18, 2026 to July 18, 2026, so that Lucky113's representation may be resolved and the parties may engage in meaningful settlement discussions.

We thank the Court for its attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

/s Lawrence S. Han
Lawrence S. Han

cc: Glen H. Parker, Esq. (via ECF)

Defendants' request is GRANTED. The Defendants are ORDERED to answer or otherwise respond to the Complaint by July 20, 2026. The parties are further ORDERED to submit a joint status report regarding settlement discussions by July 14, 2026.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

June 29. 2026