UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ASHLEY FRANCIS,

Plaintiff,

-against-

LUCKY OF 195 MADISON STREET
ROOFING & CONTRACTING INC., ET AL.,

Defendant.
---------------------------------------------------------------X

26-CV-1837 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendant Chinatown Two Bridges LLC is directed to answer or otherwise respond to the Amended Complaint by **November 2, 2026**. Plaintiff is directed to serve a copy of this Order on Defendant Chinatown Two Bridges LLC and to file notice of that service with the Court.

**SO ORDERED.**

DATED: New York, New York
October 19, 2026

VALERIE FIGUEREDO
United States Magistrate Judge