**THE PARKER LAW GROUP P.C.**
28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

October 28, 2026

Via ECF
The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court

**Re:** *Ashley Francis v. Lucky of 195 Madison Street Roofing & Contracting Inc., Elaine Shay, Esq., as Temporary Receiver for the Benefit of Lucky of 195 Madison Street Roofing & Contracting Inc., and Chinatown Two Bridges LLC*

**Docket No. 1:26-cv-01837 (ALC) (VF)**

Dear Judge Figueredo:

We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the deadline to file a Proposed Case Management Plan from November 3, 2026 to January 8, 2027. The reason for this request is because plaintiff's counsel just received communications from both of the non-appearing defendants Elaine Shay, Esq., as Temporary Receiver for the Benefit of Lucky of 195 Madison Street Roofing & Contracting Inc., and Chinatown Two Bridges LLC. Defendant Chinatown Two Bridges LLC advises that they received a copy of Your Honor's Order of October 13, 2026 and that they intend on retaining counsel to appear in this action.

Defendant Elaine Shay, Esq., as Temporary Receiver for the Benefit of Lucky of 195 Madison Street Roofing & Contracting Inc. advises that she will be retaining defense counsel. Relevant to this application, Defendant Elaine Shay, Esq. as Temporary Receiver advises that she must first make a motion in New York State Supreme Court for authorization to retain defense counsel. Accordingly, plaintiff is asking to extend the deadline to January 8, 2027 to provide the temporary receiver defendant sufficient time to make a motion, obtain authorization, and then retain counsel.

This is the first application to extend this deadline and the appearing defendant Lucky of 195 Madison Street Roofing & Contracting Inc. consents to this application. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 2, 2026**

The parties' request is **GRANTED IN PART**. The parties' deadline to file a Proposed Case Management Plan is extended to **December 8, 2026**.